## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**                                        **CRIMINAL NO. 14-CR-30188-DRH**

**JESSIE L. POMERLEE,**

**Defendant.**

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On May 13, 2015, this Court entered an order for forfeiture (doc.24) against defendant Jessie L. Pomerlee for the following property which had been seized from the defendant:

**One.45 caliber Llama Minimax, bearing serial number 71-04-07802-00, and any and all ammunition contained within the firearm.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 29, 2018, and ending April 27, 2018, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has

clear title to the above-described property that is the subject of the Order of Forfeiture filed on May 13, 2015, (doc. 24) namely:

**One.45 caliber Llama Minimax, bearing serial number 71-04-07802-00, and any and all ammunition contained within the firearm.**

The United States Marshal shall dispose of the property according to law.

**IT IS SO ORDERED.**

Judge Herndon
2018.08.09
14:04:01 -05'00'

**United States District Court Judge**